Núm. 6943.—Pueblo, apldo., *v.* González, aplte.—C. D. Arecibo. Abril 25, 1938.

Llamada hoy para vista la moción para desestimar por falta de jurisdicción, visto el escrito del apelante y la certificación acompañada de cuyo texto aparece que fué notificado el recurso de apelación

al fiscal de distrito y oído el fiscal de este Tribunal, se declara *sin lugar* la moción de desestimación.

Los siguientes casos fueron desestimados por el fundamento (*c*) antes expresado:

Núms. 7065, 7066, 7114, 7121, 7122, 7142, 7143, 7144, 7145, 7181, 7182, 7183, 7184, 7185, 7190, 7201, 7206, 7207, 7208, 7214, 7215, 7216, 7217, 7218, 7225 y 7352.

### (*d*) FRIVOLIDAD DE RECURSOS

Los siguientes casos fueron desestimados por el fundamento (*d*) antes expresado:

Núms. 6636, 6637, 6646, 6678, 6682, 6683, 6686, 6690, 6719, 6732, 6733, 6734, 6735, 6737, 6744, 6746, 6772, 6773, 6781, 6785, 6790, 6793, 6794, 6814, 6824, 6825, 6827, 6854, 6855, 6856, 6857, 6859, 6876, 6881, 6892, 6893, 6904, 6905, 6910, 6918, 6922, 6925, 6930, 6949, 6950, 6951, 6953, 6954, 6955, 6958, 6960, 6964, 6975, 6978, 6985, 6987, 6997, 7099, 7137 7138, 7146, 7149.

### (*e*) FALTA DE JURISDICCIÓN APELATIVA

Por falta u omisión de notificar el escrito de apelación al apelado. Véase ante II (*c*).

### (*c*) DESISTIMIENTOS

#### (*a*) CASOS EN QUE SE TUVIERON POR DESISTIDOS A LOS APELANTES, A SU PROPIA INSTANCIA, DE LOS RECURSOS INTERPUESTOS

Núms. 6792, 6813, 6942, 6969, 6989, 6990, 7063, 7068, 7100, 7102, 7103, 7104, 7106, 7108, 7110, 7113, 7123, 7133, 7135, 7136, 7139, 7148, 7150, 7151, 7155, 7162, 7163, 7164, 7175, 7176, 7177, 7188, 7189, 7205, 7230, 7234, 7245, 7248, 7250, 7252, 7253, 7254, 7255, 7265, 7266, 7268, 7271, 7274, 7275, 7277, 7280, 7281, 7282, 7285, 7286, 7287, 7291, 7293, 7295, 7296, 7297, 7303, 7305, 7306, 7315, 7316, 7317, 7318, 7319, 7320, 7326, 7332, 7334, 7335, 7337, 7346, 7356, 7357, 7363, 7364, 7367, 7369, 7375, 7382, 7408, 7409, 7412, 7413, 7418, 7419, 7420, 7450, 7451, 7452, 7453, 7454, 7455, 7464, 7465, 7475, 7476, 7477, 7479, 7481, 7484, 7488, 7489, 7492, 7858 y 6961.